**MOTOR COILS MFG/WABTEC,**
**Appellant,**

**v.**

**WORKERS' COMPENSATION**
**APPEAL BOARD (BISH),**
**Appellee.**

Supreme Court of Pennsylvania.

Argued Feb. 28, 2006.
Decided Dec. 27, 2006.

Gregory J. Fischer, Esq., Mark Gordon, Esq., Pietragallo, Bosick & Gordon, L.L.P., Pittsburgh, for Motor Colis Mfg/WABTEC.

Amber Marie Kenger, Esq., Richard C. Lengler, Esq., Workers Compensation Appeal Board, Harrisburg, for Workers' Compensation Appeal Board.

Thomas G. Wagner, Esq., St. Marys, for Amy Bish.

David C. Harrison, Esq., Philadelphia, for amicus curiae Pennsylvania Trial Lawyers Association.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 27th day of December, 2006, the Order of the Commonwealth Court is AFFIRMED.